# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEFANO CAITI,

Petitioner,

v.

DHS, et al.,

Respondents.

Case No. EDCV 26-2817 JGB (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the above-captioned case is hereby DISMISSED without prejudice. IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner and counsel for Respondents.

DATED: November 10, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE