JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEFANO CAITI,<br>Petitioner,<br>v.<br>DHS, et al.,<br>Respondents. | Case No. EDCV 26-2817 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered and the above-captioned action is dismissed without prejudice.

Dated: November 10, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE